485 A.2d 390

GOULDSBORO TAXPAYERS ASSOCIATION, a class, by Leo Canova, Jr., Maryann Canova, Ann Marie Pickarski, Richard Corak, August Perrotti and Lorraine Cuccherini, Appellants

v.

BOARD OF DIRECTORS OF the NORTH POCONO SCHOOL DISTRICT and members thereof individually, Morgan Leonard, William Keating, Joseph Norvillas, Richard Donati, Robert Wirth, Michael Cummings, David Petroski, William Genovesse, and Glenn Hafler.

Supreme Court of Pennsylvania.

Argued Dec. 4, 1984.

Decided Dec. 14, 1984.

Todd J. O'Malley, Scranton, for appellants.

W. Boyd Hughes, Scranton, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN and HUTCHINSON, JJ., dissent and would reverse the order of the Commonwealth Court and reinstate the order of the Court of Common Pleas.